IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BRANDON JOHNSON                                        PLAINTIFF

                v.            Civil No. 10-5015

SGT. TORRES, Benton County
Detention Center                                              DEFENDANT


<u>O R D E R</u>

Now on this 9th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #16), to which no timely objection has been made, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be **adopted in toto.**

IT IS **THEREFORE ORDERED** that plaintiff's Complaint is hereby **dismissed.**

IT IS SO ORDERED.

                                         /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE